CHIEF JUSTICE
  ROBERT D. BURNS, III

JUSTICES
  KEN MOLBERG
  ROBBIE PARTIDA-KIPNESS
  BILL PEDERSEN, III
  AMANDA L. REICHEK
  ERIN A. NOWELL
  CORY L. CARLYLE
  BONNIE LEE GOLDSTEIN
  CRAIG SMITH
  DENNISE GARCIA
  EMILY A. MISKEL
  NANCY E. KENNEDY
  MARICELA BREEDLOVE



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

RUBEN MORIN
CLERK OF THE COURT
(214) 712-3400
theclerk@5th.txcourts.gov

MYRNA GASC
BUSINESS ADMINISTRATOR
(214) 712-3417
myrna.gasc@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

11/29/2023

Charles H. Sierra
941 Proton Rd.
San Antonio, TX  78258

Dennis Michael Saumier
Saumier Law Firm, PC
3300 Oak Lawn Ave. Ste 700
Dallas TX  75

Rwan Hardesty
Family and Appellate Law
P. O. Box 1005
Midlothian, TX  76065

RE:    Court of Appeals Number:    05-21-00185-CV
       Trial Court Case Number:    DF-19-03631

Style: In The Interest Of D.M., A Minor Child

Please find attached the corrected opinion and/or page that issued in the above referenced cause on November 29, 2023.

Respectfully,

/s/ Ruben Morin, Clerk of the Court

cc:   J. Kim Cooks
      Felicia Pitre
      Publishers